**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Rodriguez D. JONES, Defendant–**
**Appellant.**

**No. 09–3215.**

United States Court of Appeals,
Seventh Circuit.

Submitted Feb. 4, 2010.

Decided Feb. 16, 2010.

Joseph H. Hartzler, Office of the United States Attorney, Springfield, IL, for Plaintiff–Appellee.

Rodriguez D. Jones, Coleman, FL, pro se.

Before WILLIAM J. BAUER, Circuit Judge, ILANA DIAMOND ROVNER, Circuit Judge, ANN CLAIRE WILLIAMS, Circuit Judge.

## ORDER

The defendant-appellant, Rodriguez Jones, sought a reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2) based on Amendment 591 of the Sentencing Commission policy. That Amendment was in effect at the time of Jones' sentencing and, under its terms, the district court was not authorized to reduce the term of imprisonment already imposed. Therefore the case should have been dismissed for want of subject matter jurisdiction. We construe the denial of the relief sought as a dismissal for want of subject matter jurisdiction and summarily affirm such dismissal.